IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01766-BNB

MIKEAL GLENN STINE,

   Plaintiff,

v.

GEORGE,
FEDERAL BUREAU OF PRISONS, and
MICHAEL K. NALLEY,

   Defendants.

---

## ORDER DISMISSING CASE

---

Plaintiff, Mikeal Glenn Stine, is in the custody of the United States Bureau of Prisons (BOP) and currently is incarcerated at ADX Florence. Originally, Mr. Stine filed a petition for a writ of mandamus in the United States District Court for the District of Kansas (District of Kansas). On July 22, 2010, the District of Kansas dismissed the petition and ordered the clerk of the court for the District of Kansas to send a "courtesy copy" of the dismissal order to this Court.

Inadvertently, the courtesy copy of the July 22 order was construed as an order to transfer the petition to this Court, and the instant action was opened in this Court as a new action. Because the petition has been decided by the District of Kansas, the Clerk of the Court will be directed to dismiss the action. The Court also notes that Mr. Stine has a separate case, *Stine v. Lappin, et al.*, No. 10-cv-01652-BNB (Filed July

13, 2010) (a transferred case from the United States District Court for the District of Columbia), that is pending in this Court, which alleges the same life-threatening claims as the mandamus petition did in the District of Kansas. Accordingly, it is

ORDERED that the Clerk of the Court dismiss this action.

DATED at Denver, Colorado, this  28th  day of   July  , 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01766-BNB

Mikeal Glenn Stine
Reg. No. 55436-098
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/29/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk